# UNITED STATES DISTRICT COURT

# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : : | No. 08-969 (HB) (Securities Class Action) Hon. Harvey Bartle, III |
| Plaintiff, | : : | ELECTRONICALLY FILED |
| v. | : : | |
| HORIZON LINES, INC., HORIZON LINES, LLC, CHARLES G. RAYMOND, MARK URBANIA, JOHN V. KEENAN, JOHN W. HANDY, BRIAN TAYLOR, GABRIEL SERRA, R. KEVIN GILL, and GREGORY GLOVA, | : : : : : : : : | |
| Defendants. | : | |

### DEFENDANTS HORIZON LINES, INC., HORIZON LINES, LLC, CHARLES G. RAYMOND, M. MARK URBANIA, JOHN V. KEENAN, JOHN W. HANDY AND BRIAN W. TAYLOR'S JOINT MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, Defendants Horizon Lines, Inc. and Horizon Lines, LLC, Charles G. Raymond, M. Mark Urbania, John V. Keenan, John W. Handy and Brian W. Taylor hereby move to dismiss Plaintiff's Amended Consolidated Securities Class Action Complaint with prejudice. The grounds in support of this Motion are set forth in Defendants Horizon Lines, Inc., Horizon Lines, LLC, Charles G. Raymond, M. Mark Urbania, John V. Keenan, John W. Handy and Brian W. Taylor's Joint Opening Brief in Support of their Motion to Dismiss, which is incorporated by reference herein. Defendants respectfully request oral argument on this Motion pursuant to Local Rule of Civil Procedure 7.1.4.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul J. Lockwood | /s/ Steven L. Caponi |
| Anthony W. Clark (ID No. 2051) | Steven L. Caponi (ID No. 3484) |
| Paul J. Lockwood (ID No. 3369) | BLANK ROME LLP |
| Nicole A. DiSalvo (ID No. 4662) | 1201 Market Street |
| SKADDEN, ARPS, SLATE, | Wilmington, Delaware  19801 |
|   MEAGHER & FLOM LLP | Telephone:  (302) 425-6400 |
| One Rodney Square | |
| P.O. Box 636 | OF COUNSEL: |
| Wilmington, Delaware  19899 | Joseph O. Click |
| Telephone:  (302) 651-3000 | BLANK ROME LLP |
| | Watergate, 600 New Hampshire Ave., NW |
| *Attorneys for Defendants Horizon Lines, Inc. and Horizon Lines, LLC* | Washington, DC  20037 |
| | Telephone:  (202) 772-5966 |
| | |
| | *Attorneys for Defendant Charles G. Raymond* |
| /s/ Kevin F. Brady | /s/ William M. Lafferty |
| Kevin F. Brady (ID No. 2248) | William M. Lafferty (ID No. 2755) |
| Jeremy D. Anderson (ID No. 4515) | MORRIS NICHOLS ARSHT & |
| CONNOLLY BOVE LODGE |   TUNNELL LLP |
|   & HUTZ LLP | 1201 North Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| P.O. Box 2207 | Wilmington, Delaware  19899 |
| Wilmington, Delaware  19899 | Telephone:  (302) 658-9200 |
| Telephone:  (302) 658-9141 | |
| | OF COUNSEL: |
| *Attorneys for Defendant M. Mark Urbania, John W. Handy and Brian W. Taylor* | Christopher M. Curran |
| | Matthew S. Leddicotte |
| | WHITE & CASE LLP |
| | 701 Thirteenth Street, NW |
| | Washington, DC  20005 |
| | Telephone: (202) 626-3600 |
| | |
| | *Attorneys for Defendant John V. Keenan* |

DATED:  February 12, 2010