**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Circuit Court Docket No.: _____ |
| Plaintiff, | District Court Docket No.: 08-0969 |
| v. | |
| HORIZON LINES, INC., HORIZON LINES, LLC., INC., CHARLES G. RAYMOND, MARK URBANIA, JOHN V. KEENAN, JOHN W. HANDY, BRIAN TAYLOR, GABRIEL SERRA, R. KEVIN GILL, and GREGORY GLOVA, | District Court Judge: Hon. Harvey Bartle, III |
| | Electronically Filed |
| Defendants. | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

John C. Browne
Ann M. Lipton
Lauren A. McMillen
Sean O'Dowd
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

Andre Bouchard (#2504)
Sean M. Brennecke (#4686)
BOUCHARD MARGULES
  & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
abouchard@bmf-law.com
sbrennecke@bmf-law.com

*Liaison Counsel*

Peter S. Linden
Ira M. Press
David E. Kovel
Steven D. Cohn
KIRBY MCINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022
(212) 371-6600

*Co-Lead Counsel for Lead Plaintiff Police and*
*Fire Retirement System of the City of Detroit*

1

Notice is hereby given that Police and Fire Retirement System of the City of Detroit, the Court-appointed Lead Plaintiff in the above-captioned civil action ("Lead Plaintiff"), on behalf of itself and the proposed class of purchasers of Horizon securities during the period between September 26, 2005 and April 25, 2008, inclusive, hereby appeal to the United States Court of Appeals for the Third Circuit from (a) the Order dismissing this action, entered on May 18, 2010 (annexed hereto as Exhibit A), (b) the corresponding Memorandum Opinion, entered on May 18, 2010 (annexed hereto as Exhibit B), (c) the Order dismissing this action with leave to amend, entered on November 13, 2009 (annexed hereto as Exhibit C), and (d) the corresponding Memorandum Opinion (annexed hereto as Exhibit D), entered on November 13, 2009.  A class has not yet been certified in this action.

The names and addresses of the respective counsel for the parties to this action and the parties they represent are as follows:

| | |
|---|---|
| **BOUCHARD, MARGULES & FRIEDLANDER, P.A.**<br>Andre G. Bouchard<br>Sean M. Brennecke<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br><br>**Delaware Liaison Counsel for Lead Plaintiff** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>John C. Browne<br>Ann Lipton<br>Lauren A. McMillen<br>Sean O'Dowd<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br>**Co-Lead Counsel for Lead Plaintiff** |
| **KIRBY McINERNEY LLP**<br>Peter S. Linden<br>David E. Kovel<br>Ira M. Press<br>Steven D. Cohn<br>825 Third Avenue<br>New York, NY 10022<br>(212) 371-6600<br><br>**Co-Lead Counsel for Lead Plaintiff** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM**<br>Anthony W. Clark<br>Paul J. Lockwood<br>Nicole A. DiSalvo<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000<br><br>**Counsel for Defendants Horizon Lines, Inc. and Horizon Lines, LLC** |
| | |

| | |
|---|---|
| **BLANK ROME LLP**<br>Steven L. Caponi<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801-4226<br>(302) 425-6400<br><br><br>**Counsel for Defendant Charles G. Raymond** | **BLANK ROME LLP**<br>Joseph O. Click<br>Watergate, 600 New Hampshire Ave., N.W.<br>Washington, DC 20037<br>(202) 772-5966<br><br>**Counsel for Defendant Charles G. Raymond** |
| **MORRIS, NICHOLS, ARSHT & TUNNEL**<br>William M. Lafferty<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br><br>**Counsel for Defendant John V. Keenan** | **WHITE & CASE LLP**<br>Christopher M. Curran<br>Matthew S. Leddicotte<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>(202) 626-3600<br><br>**Counsel for Defendant John V. Keenan** |
| **CONNOLLY, BOVE, LODGE & HUTZ**<br>Kevin F. Brady<br>Jeremy D. Anderson<br>1007 North Orange Street<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>**Counsel for Defendants M. Mark Urbania, John W. Handy, and Brian W. Taylor** | |

Dated: June 15, 2010

                                        BOUCHARD MARGULES
                                           & FRIEDLANDER, P.A.

                                        /s/ Sean M. Brennecke
                                        Andre Bouchard (#2504)
                                        Sean M. Brennecke (#4686)
                                        222 Delaware Ave., Suite 1400
                                        Wilmington, DE 19801
                                        Phone: (302) 573-3500
                                        Fax: (302) 573-3501
                                        dmargules@bmf-law.com
                                        sbrennecke@bmf-law.com

                                        *Liaison Counsel*

                                        BERNSTEIN LITOWITZ BERGER
                                          & GROSSMANN LLP
                                        John C. Browne
                                        Ann M. Lipton
                                        Lauren A. McMillen

        Sean O'Dowd
        1285 Avenue of the Americas
        New York, NY 10019
        Phone: (212) 554-1400
        Fax: (212) 554-1444

        KIRBY MCINERNEY LLP
        Peter S. Linden
        Ira M. Press
        David E. Kovel
        Steven D. Cohn
        825 Third Avenue
        New York, NY 10022
        Phone: (212) 371-6600
        Fax: (212) 751-2540

        *Co-Lead Counsel for Lead Plaintiff Police and Fire*
        *Retirement System of the City of Detroit*