IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, et al. | : | CIVIL ACTION |
| v. | : | |
| HORIZON LINES, INC., et al. | : | NO. 08-969 |

ORDER

AND NOW, this 3rd day of September, 2010, upon consideration of the unopposed joint motion of Lead Plaintiff the Police and Fire Retirement System of the City of Detroit and defendants Horizon Lines, Inc., Horizon Lines, LLC, Horizon Lines of Puerto Rico, Inc., Charles G. Raymond, Mark Urbania, John V. Keenan, John W. Handy, and Brian Taylor, it is hereby ORDERED that final judgment is entered in favor of defendants Horizon Lines, Inc., Horizon Lines, LLC, Horizon Lines of Puerto Rico, Inc., Charles G. Raymond, Mark Urbania, John V. Keenan, John W. Handy, and Brian Taylor and against Lead Plaintiff the Police and Fire Retirement System of the City of Detroit with regard to all of Lead Plaintiff's claims against these defendants as the court determines, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III C.J.
SITTING BY DESIGNATION