IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF ROSEVILLE et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HORIZON LINES INC. et al. | : | NO. 08-969 |

**NOTICE**

Please be advised that the Phone Status Conference in the above-captioned case will be held on **September 9, 2011** at **9:30 A.M.** with the **Honorable Harvey Bartle, III**, U.S. District Courthouse, 601 Market Street, Philadelphia, PA.

All counsel should call the Court's conference line at 267-299-7200 on the above listed date and time. There is no code number. After a series of beeps everyone will be connected.

The phone conference will be continued to another date only in exceptional cases.

Very truly yours,

/s/Katherine M. Gallagher
Katherine M. Gallagher
Deputy Clerk to Judge Bartle
267-299-7389
08/31/11

cc: All counsel