```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE


CITY OF ROSEVILLE et al.       :   CIVIL ACTION
                               :
                               :
       vs.                     :
                               :
                               :
HORIZON LINES INC. et al.      :   NO.  08-969
```

**NOTICE**

Please be advised that the Phone Status Conference in the above-captioned case will be held on **September 27, 2011** at **4:00 P.M.** with the **Honorable Harvey Bartle, III**, U.S. District Courthouse, 601 Market Street, Philadelphia, PA.

All counsel should call the Court's conference line at 267-299-7200 on the above listed date and time.  There is no code number.  After a series of beeps everyone will be connected.

The phone conference will be continued to another date only in exceptional cases.


                              Very truly yours,

                              /s/Katherine M. Gallagher
                              Katherine M. Gallagher
                              Deputy Clerk to Judge Bartle
                              267-299-7389
                              9/22/11

cc: All counsel