UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 10-2788 and 10-3815
_____

CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others Similarly Situated

v.

HORIZON LINES, INC.; CHARLES G. RAYMOND; MARK URBANIA;
GABRIEL SERRA; R. KEVIN GILL; GREGORY GLOVA; HORIZON LINES, LLC;
JOHN V. KEENAN; JOHN W. HANDY; BRIAN TAYLOR

THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,
LEAD PLANTIFF,
Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(D.C. Civil No. 08-cv-00969)
District Judge: Honorable Harvey Bartle, III
_____

Argued June 23, 2011
_____

Before: BARRY, AMBRO and VAN ANTWERPEN, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be heard on appeal from the United States District Court for

the District of Delaware and was argued on June 23, 2010.

1

After consideration of all the contentions raised, it is

ADJUDGED and ORDERED that the judgment of the District Court be and hereby is affirmed.  Costs taxed against appellant. All in accordance with the Opinion of the Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: August 24, 2011

**Certified as a true copy and issued in lieu of a formal mandate on** September 28, 2011

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**