OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U̲NITED S̲TATES C̲OURT OF A̲PPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 28, 2011

Mr. Peter T Dalleo
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 18
Wilmington, DE 19801-3519

RE: City of Roseville Empl Retirem v. Horizon Lines Inc.
Case Number: 10-2788 & 10-3815
District Case Number: 1-08-cv-00969

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned cases. The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

/s/ pdb for tmk Case Manager

cc:
Andre G. Bouchard
Kevin F. Brady
Sean M. Brennecke
John C. Browne

Steven L. Caponi
Anthony W. Clark
Joseph O. Click
Christopher M. Curran
Nicole A. DiSalvo
Shannon E. German
William M. Lafferty
Matthew S. Leddicotte
Peter S. Linden
Ann M. Lipton
Paul J. Lockwood
Lauren A. McMillen
Sean K. O'Dowd
Ira M. Press