**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 08-969-HB |
| Plaintiff, | : : | |
| v. | : : | |
| HORIZON LINES, INC., HORIZION LINES, LLC, CHARLES G. RAYMOND, MARK URBANIA, JOHN V. KEENAN, JOHN W. HANDY, BRIAN TAYLOR, GABRIEL SERRA, R. KEVIN GILL, and GREGORY GLOVA, | : : : : : : : | |
| Defendants. | : | |

**STIPULATION AND PROPOSED ORDER DISMISSING ALL CLAIMS**

WHEREAS, the claims of Lead Plaintiff The Police and Fire Retirement System of the City of Detroit ("Lead Plaintiff") for violations of Sections 10(b) and 20(a) of the Securities and Exchange Act against Defendants Horizon Lines, Inc., Horizon Lines, LLC, Charles G. Raymond, M. Mark Urbania, John V. Keenan, John W. Handy and Brian Taylor (the "Moving Defendants") were dismissed by this Court;

WHEREAS, Lead Plaintiff's claims for violations of Sections 10(b) and 20(a) of the Securities and Exchange Act against Defendants Gabriel Serra, R. Kevin Gill and Gregory Glova were not dismissed by this Court;

WHEREAS, on August 24, 2011, the United States Court of Appeals for the Third Circuit affirmed the dismissal of claims against the Moving Defendants;

IT IS HEREBY STIPULATED AND AGREED this 4th day of January, 2012, by and between the undersigned parties who have appeared in this matter, pursuant to Rule 41 of the Federal Rules of Civil Procedure and subject to the approval of the Court, that all of Lead Plaintiff's claims against all parties (including those who have not appeared) shall be dismissed with prejudice, and that each party shall bear its own costs, attorneys' fees and expenses.

| | |
|---|---|
| */s/ Paul J. Lockwood* | */s/ Steven L. Caponi* |
| Anthony W. Clark (ID No. 2051) | Steven L. Caponi (ID No. 3484) |
| Paul J. Lockwood (ID No. 3369) | BLANK ROME LLP |
| SKADDEN, ARPS, SLATE, | 1201 Market Street |
|   MEAGHER & FLOM LLP | Wilmington, DE  19801 |
| One Rodney Square | Telephone:  (302) 425-6400 |
| P.O. Box 636 | Facsimile:  (302) 425-6464 |
| Wilmington, DE  19899-0636 | capponi@BlankRome.com |
| Telephone:  (302) 651-3000 | |
| Facsimile:  (302) 651-3001 | *Attorneys for Defendant Charles G.* |
| paul.lockwood@skadden.com | *Raymond* |
| | |
| *Attorneys for Defendants Horizon Lines,* | |
| *Inc. and Horizon Lines, LLC* | |

| | |
|---|---|
| */s/ Kevin F. Brady* | */s/ Willliam M. Lafferty* |
| Kevin F. Brady (ID No. 2248) | William M. Lafferty (ID No. 2755) |
| Jeremy D. Anderson (ID No. 4515) | MORRIS NICHOLS ARSHT & |
| CONNOLLY BOVE LODGE |   TUNNELL LLP |
|   & HUTZ LLP | 1201 North Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| P.O. Box 2207 | Wilmington, DE  19899 |
| Wilmington, DE  19899 | Telephone:  (302) 658-9200 |
| Telephone:  (302) 658-9141 | Facsimile:  (302) 658-3989 |
| Facsimile:   (302) 658-5614 | wlafferty@MNAT.com |
| kbrady@cblh.com | |
| | OF COUNSEL: |
| *Attorneys for Defendants M. Mark Urbania, John W. Handy and Brian W. Taylor* | Christopher M. Curran |
| | Matthew S. Leddicotte |
| | WHITE & CASE LLP |
| | 701 Thirteenth Street, NW |
| | Washington, DC  20005 |
| | Telephone: (202) 626-3600 |
| | Facsimile:  (202) 639-9355 |
| | |
| | *Attorneys for Defendant John V. Keenan* |

3

*/s/ Andre G. Bouchard*
Andre G. Bouchard (ID No. 2504)
BOUCHARD MARGULES
  & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801
Telephone: (302) 573-3500
Facsimile:  (302) 573-3501
Abouchard@bmf-law.com

*Counsel for Lead Plaintiff The Police & Fire Retirement System of the City of Detroit*

| | |
|---|---|
| John C. Browne<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Telephone:  (212) 554-1400<br>Facsimile:   (212) 554-1444<br>johnb@blbglaw.com<br><br>*Co-Lead Counsel for Lead Plaintiff The Police & Fire Retirement System of the City of Detroit* | Peter S. Linden<br>KIRBY McINERNEY LLP<br>825 Third Avenue<br>New York, NY  10022<br>Telephone: (212) 371-6600<br>Facsimile:  (212) 751-2540<br>plinden@kmllp.com<br><br>*Co-Lead Counsel for Lead Plaintiff The Police & Fire Retirement System of the City of Detroit* |

IT IS SO ORDERED this ____ day of _____, 2012.

_____
United States District Judge

4