# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON LINES, INC., HORIZION LINES, LLC, CHARLES G. RAYMOND, MARK URBANIA, JOHN V. KEENAN, JOHN W. HANDY, BRIAN TAYLOR, GABRIEL SERRA, R. KEVIN GILL, and GREGORY GLOVA,<br><br>Defendants. | RGA<br>Civil Action No. 08-969-~~HB~~ |

## STIPULATION AND PROPOSED ORDER DISMISSING ALL CLAIMS

WHEREAS, the claims of Lead Plaintiff The Police and Fire Retirement System of the City of Detroit ("Lead Plaintiff") for violations of Sections 10(b) and 20(a) of the Securities and Exchange Act against Defendants Horizon Lines, Inc., Horizon Lines, LLC, Charles G. Raymond, M. Mark Urbania, John V. Keenan, John W. Handy and Brian Taylor (the "Moving Defendants") were dismissed by this Court;

WHEREAS, Lead Plaintiff's claims for violations of Sections 10(b) and 20(a) of the Securities and Exchange Act against Defendants Gabriel Serra, R. Kevin Gill and Gregory Glova were not dismissed by this Court;

WHEREAS, on August 24, 2011, the United States Court of Appeals for the Third Circuit affirmed the dismissal of claims against the Moving Defendants;

IT IS HEREBY STIPULATED AND AGREED this 4th day of January, 2012, by and between the undersigned parties who have appeared in this matter, pursuant to Rule 41 of the Federal Rules of Civil Procedure and subject to the approval of the Court, that all of Lead Plaintiff's claims against all parties (including those who have not appeared) shall be dismissed with prejudice, and that each party shall bear its own costs, attorneys' fees and expenses.

/s/ Paul J. Lockwood
Anthony W. Clark (ID No. 2051)
Paul J. Lockwood (ID No. 3369)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
paul.lockwood@skadden.com

*Attorneys for Defendants Horizon Lines,
Inc. and Horizon Lines, LLC*

/s/ Steven L. Caponi
Steven L. Caponi (ID No. 3484)
BLANK ROME LLP
1201 Market Street
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
capponi@BlankRome.com

*Attorneys for Defendant Charles G.
Raymond*

/s/ Kevin F. Brady
Kevin F. Brady (ID No. 2248)
Jeremy D. Anderson (ID No. 4515)
CONNOLLY BOVE LODGE
 & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
kbrady@cblh.com

*Attorneys for Defendants M. Mark Urbania, John W. Handy and Brian W. Taylor*

/s/ Willliam M. Lafferty
William M. Lafferty (ID No. 2755)
MORRIS NICHOLS ARSHT &
 TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
wlafferty@MNAT.com

OF COUNSEL:
Christopher M. Curran
Matthew S. Leddicotte
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant John V. Keenan*

/s/ Andre G. Bouchard
Andre G. Bouchard (ID No. 2504)
BOUCHARD MARGULES
 & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501
Abouchard@bmf-law.com

*Counsel for Lead Plaintiff The Police & Fire
Retirement System of the City of Detroit*

John C. Browne
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com

*Co-Lead Counsel for Lead Plaintiff The
Police & Fire Retirement System of the
City of Detroit*

Peter S. Linden
KIRBY McINERNEY LLP
825 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
plinden@kmllp.com

*Co-Lead Counsel for Lead Plaintiff The Police
& Fire Retirement System of the City of
Detroit*

IT IS SO ORDERED this 5th day of Jan, 2012.

_____
United States District Judge